IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

GLEN BARLOW; and KATELYN )
BARLOW )
 )
v. ) No. 2-13-0018
 )
OVERTON COUNTY, TENNESSEE; )
W.B. MELTON, individually and in his )
official capacity as Sheriff of Overton )
County, Tennessee; and JEREMY BOW, )
NATHAN BLAYLOCK, and KEVIN )
DICK, individually and in their official )
capacities as employees of the Overton )
County Sheriff's Department )

O R D E R

By order entered January 24, 2014 (Docket Entry No. 16), this case was referred to the undersigned Magistrate Judge to conduct a settlement conference. Pursuant to the order entered February 12, 2014 (Docket Entry No. 17), a settlement conference was held on April 23, 2014, at the conclusion of which the parties were able to reach a resolution of this case.

By May 15, 2014, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed order of dismissal to be filed by May 15, 2014.[1]

Unless otherwise directed or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered June 4, 2013 (Docket Entry No. 14), the pretrial conference and jury trial were scheduled on December 1, 2014, and December 16, 2014, respectively.