UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GLEN BARLOW, et al., | ) | |
| | ) | No. 2:13-0018 |
| v. | ) | Judge Sharp |
| | ) | |
| W.B. MELTON, et al., | ) | |
| | ) | |
| | ) | |

# **O R D E R**

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 19) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE